**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **AIR HANDLERS HVAC SPECIALISTS LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-2470191** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1103 Texas Street** **Sulphur, LA 70663** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Calcasieu** County | **Location of principal assets, if different from principal place of business** **City Storage** **3737 Old Hwy 27 South Sulphur, LA 70665** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

�■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **AIR HANDLERS HVAC SPECIALISTS LLC**      Case number (*if known*) _____
         Name

**7.**   **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **AIR HANDLERS HVAC SPECIALISTS LLC**          Case number (*if known*) _____
          Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____          Relationship _____

District _____ When _____          Case number, if known _____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**        .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor  **AIR HANDLERS HVAC SPECIALISTS LLC**
Name

Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

23-20234 - #1  File 05/30/23  Enter 05/30/23 15:06:37  Main Document  Pg 4 of 39

Debtor    **AIR HANDLERS HVAC SPECIALISTS LLC**                    Case number (*if known*) _____
          Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 30, 2023**
               MM / DD / YYYY

X **/s/ Kaleb Santos**                                    **Kaleb Santos**
Signature of authorized representative of debtor          Printed name

Title    **Manager/Member**

**18. Signature of attorney**

X **/s/ Ronald J. Bertrand**                             Date **May 30, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Ronald J. Bertrand**
Printed name

**Ronald J. Bertrand**
Firm name

**714 Kirby Street**
**Lake Charles, LA 70601**
Number, Street, City, State & ZIP Code

Contact phone    **337-436-2541**        Email address    **rjblawoffice@aol.com**

**~ 3059 LA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **AIR HANDLERS HVAC SPECIALISTS LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* ___

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 30, 2023**     X **/s/ Kaleb Santos**
                                         Signature of individual signing on behalf of debtor

                                         **Kaleb Santos**
                                         Printed name

                                         **Manager/Member**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **AIR HANDLERS HVAC SPECIALISTS LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

**Part 1:**    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................    $     **176,903.50**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................    $     **176,903.50**

**Part 2:**    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$     **102,346.95**

4.    Total liabilities ...................................................................................................
    Lines 2 + 3a + 3b        $     **102,346.95**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **AIR HANDLERS HVAC SPECIALISTS LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

  ■ No. Go to Part 2.
  ☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**          **Current value of debtor's interest**

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

  ■ No. Go to Part 3.
  ☐ Yes Fill in the information below.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

  ☐ No. Go to Part 4.
  ■ Yes Fill in the information below.

11.   **Accounts receivable**

    11b. Over 90 days old:   **109,000.00** -   **0.00** =....   **$109,000.00**

           face amount            doubtful or uncollectible accounts

12.   **Total of Part 3.**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     **$109,000.00**

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

  ■ No. Go to Part 5.
  ☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

Debtor    **AIR HANDLERS HVAC SPECIALISTS LLC**    Case number *(If known)* _____
          Name

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Spiral pipe and fittings, sheet metal, 10x10 ceiling boxes, ducwrap, rigid duct, S locks and drives, duct putty, lay-in grilles, return filter grille, collars, filters, PVC pipe and fittings, PVC glue and primer, copper pipe and fittings, recovery tanks, sealtite/conduit, rolls of wire, tape/sealants/adhesives, screws, compressor oil pump, 2"pipe insulation and fittings, Rubbatex and partials, Unistrut, vent pipe and assorted pieces and fittings, exhaust fans, condenser, furnace, sheet rock compound, sheet rock tools, roof curb materials, defrost timer, trane oil filter, and galvanized black steel pipe** | | **$0.00** | | **$36,104.00** |

23. **Total of Part 5.**                                                    **$36,104.00**
    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor  **AIR HANDLERS HVAC SPECIALISTS LLC**          Case number *(If known)* _____
　　　　　　　Name

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** <br> **4 desks, 7chairs, 1 filing cabinet, 2 desk organizeers, 1 dry erase board, 5 dry erase markers, 4 picture frames, Card/brochure holders, bulletin board, trash cvans, clock, desk calendar, letter handing foldeer frame, open/close signage, 1 computer, 1 printer, printer paper, 89 folders, staplers, markers, whiteout, coffee maker, telephone, architect ruler, sticky notes, card reader, catelog envelopes, trade magazines,state exam study materials, code and contractor books, and promotional books (non-company)** | **$0.00** | | **$4,237.50** |

40.　　**Office fixtures**

41.　　**Office equipment, including all computer equipment and communication systems equipment and software**

42.　　**Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.　　**Total of Part 7.**
　　　　Add lines 39 through 42.  Copy the total to line 86.　　　　　　| **$4,237.50** |

44.　　**Is a depreciation schedule available for any of the property listed in Part 7?**
　　　　☒ No
　　　　☐ Yes

45.　　**Has any of the property listed in Part 7 been appraised by a professional within the last year?**
　　　　☒ No
　　　　☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.　　**Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

Debtor **AIR HANDLERS HVAC SPECIALISTS LLC**        Case number *(If known)* _____
      Name

| | | | |
|---|---|---|---|
| 47.1. | **2000 Chevrolet 3500 Crew Cab ($2,000.00)** | | |
| | **2005 Chevrolet Express Cargo Van ($5,000.00)** | $0.00 | $7,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Ladder ($807.00)**
**Vacuum Pumps ($280.00)**
**Water Hoses ($100.00)**
**Recovery Machine ($650.00)**
**Micron Guage ($75.00)**
**Hand Tools ($3,000.00)**
**Measuring & Testing Tools ($5,600.00)**
**Tool Boxes ($6,000.00)**
**Power Tools ($2,000.00)**
**Refrigerant Hoses ($200.00)**
**Torch Kits & Assorted Hoses & Fittings ($1,100.00)**
**Solder ($150.00)**
**Refractometer ($600.00)**        $0.00        $20,562.00

51. **Total of Part 8.**
       **$27,562.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**     **Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**     **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**     **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor   **AIR HANDLERS HVAC SPECIALISTS LLC**                    Case number *(If known)* _____
         Name

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **AIR HANDLERS HVAC SPECIALISTS LLC**      Case number *(if known)* _____
      Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $109,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $36,104.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,237.50 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $27,562.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $176,903.50 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $176,903.50 |

**Fill in this information to identify the case:**

Debtor name    **AIR HANDLERS HVAC SPECIALISTS LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

     ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   **AIR HANDLERS HVAC SPECIALISTS LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Airside Equipment**<br>P.O. Box 40014<br>**Baton Rouge, LA 70835-0014**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,827.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Big Think**<br>225 Broadhollow RD<br>**Melville, NY 11747**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Butcher Distributors**<br>3923 US 90<br>**Lake Charles, LA 70615**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,584.88** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Chase**<br>P.O. Box 182051<br>**Columbus, OH 43218-2051**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8,043.16** |

28616

Debtor    **AIR HANDLERS HVAC SPECIALISTS LLC**      Case number *(if known)* _____

Name

| | | |
|---|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$29,230.55** |

**Doucet Metal**
**900 2nd Avenue**
**Lake Charles, LA 70601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown** |

**Dunhill Development**
**4801 Woodway Drive**
**Ste 425W**
**Houston, TX 77056**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Breach of Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown** |

**Garden City Construction**
**7219 Johnson Street**
**Lafayette, LA 70503**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Breach of Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$1,129.65** |

**Grainger**
**2502 Cities Service Hwy**
**Sulphur, LA 70663**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown** |

**Headway Capital**
**175 Jackson Blvd #1000**
**Chicago, IL 60604**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown** |

**Internal Revenue Service**
**Office of General Counsel**
**P.O. Box 30509**
**New Orleans, LA 70190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown** |

**IRS**
**PO Box 7346**
**Philadelphia, PA 19101-0734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **AIR HANDLERS HVAC SPECIALISTS LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00**

Jason Nazworth
2412 Maplewood Drive
Sulphur, LA 70663

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Louisiana Depratment of Revenue
P. O. Box 201
Baton Rouge, LA 70821-0201

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,256.28**

Nance Sheet Metal
1520 South Street
Beaumont, TX 77701

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,684.88**

Nunez A/C Supply
85 Center Circle
Sulphur, LA 70663

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Sheriff of Calcasieu Parish
5400 E. Broad St.
Lake Charles, LA 70601

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$688.88**

Solar Supply
317 E. LaGrange Street
Lake Charles, LA 70605

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

State of Louisiana
P.O. Box 66658
Baton Rouge, LA 70896

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **AIR HANDLERS HVAC SPECIALISTS LLC**      Case number (if known) _____

      Name

| | | |
|---|---|---|
| **3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown** |
| | State of Louisiana<br>Dept. of Revenue<br>P.O. Box 3445<br>Lafayette, LA 70502-3445 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown** |
| | Superfast Capital, Inc<br>320 West 13th Street<br>New York, NY 10014 | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$2,400.00** |
| | Thomas Supply<br>625 15th Street<br>Lake Charles, LA 70601 | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$2,600.00** |
| | Town Planner<br>418 Little Guy Lane<br>New Iberia, LA 70563 | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$20,582.09** |
| | Trane Commercial<br>P.O. Box 845053<br>Dallas, TX 75284-5053 | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$2,119.58** |
| | United Rentals<br>3015 Business Drive<br>Sulphur, LA 70665 | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown** |
| | VOX Funding<br>100 Park Ave<br>New York, NY 10017 | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | AIR HANDLERS HVAC SPECIALISTS LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Waste Management**
**800 Capital Street**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Westlake Auto Sales**
**1507 Sampson Street**
**Westlake, LA 70669**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Air-Side**<br>**P.O. Box 628**<br>**Plaquemine, LA 70765** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Big Think**<br>**250 W. 34th St.**<br>**New York, NY 10019** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Butcher Distributors**<br>**101 Boyce Street**<br>**Broussard, LA 70518** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Chase Bank**<br>**915 Beglis Parkway**<br>**Sulphur, LA 70663** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Dunhill Development**<br>**3125 Gestner Blvd**<br>**Lake Charles, LA 70601** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Headway Capital**<br>**175 W. Jackson**<br>**Chicago, IL 60604** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Nance Sheet Metal**<br>**2915 Milam**<br>**Beaumont, TX 77701** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Solar Supply**<br>**P.O. Drawer 3030**<br>**Lake Charles, LA 70602** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **AIR HANDLERS HVAC SPECIALISTS LLC** | Case number (if known) | |
|--------|------------|----------|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------|------------|----------|---|
| 4.9 | **Trane**<br>**2412 Maplewood Drive Suite 5**<br>**Sulphur, LA 70663** | Line __3.23__<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **United Rental**<br>**3301 Cities Service Hwy**<br>**Westlake, LA 70669** | Line __3.24__<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **VOX Funding**<br>**100 E. Penn Square**<br>**Philadelphia, PA 19107** | Line __3.25__<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Vox Funding**<br>**14 E 44th St, 4th Floor**<br>**New York, NY 10017** | Line __3.25__<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **VOX Funding**<br>**1395 Brickell Ave, Suite 800**<br>**Miami, FL 33131** | Line __3.25__<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Vox Funding, LLC**<br>**Derek Medolla**<br>**1407 Broadway 29th Floor**<br>**New York, NY 10018** | Line __3.25__<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Waste Management**<br>**P.O. Box**<br>**Phoenix, AZ 85080** | Line __3.26__<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **WM Corporate Services, Inc**<br>**P.O. Box 55558**<br>**Boston, MA 02205-5558** | Line __3.26__<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 102,346.95 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 102,346.95 |

**Fill in this information to identify the case:**

Debtor name    **AIR HANDLERS HVAC SPECIALISTS LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Construction Contract** | |
|    State the term remaining    **Terminated-Default** | **Dunhill Development** |
|    List the contract number of any government contract | **4801 Woodway Drive** <br> **Houston, TX 77056** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Construction Contract** | |
|    State the term remaining    **Terminated-Default** | **Garden City Construction** |
|    List the contract number of any government contract | **7219 Johnson Street** <br> **Lafayette, LA 70503** |

**Fill in this information to identify the case:**

Debtor name    **AIR HANDLERS HVAC SPECIALISTS LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jonathan Santos-Sigler** | **141 W. Salisbury Rd**<br>**Salisbury, NH 03268** | **Headway Capital** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.2 | **Jonathan Santos-Sigler** | **141 W. Salisbury Rd**<br>**Salisbury, NH 03268** | **Superfast Capital, Inc** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.3 | **Jonathan Santos-Sigler** | **141 W. Salisbury RD**<br>**Salisbury, NH 03268** | **VOX Funding** | ☐ D _____<br>■ E/F __3.25__<br>☐ G _____ |
| 2.4 | **Kaleb Santos** | **1103 Texas Street**<br>**Sulphur, LA 70663** | **Superfast Capital, Inc** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **AIR HANDLERS HVAC SPECIALISTS LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:        Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | ■ Operating a business <br> ☐ Other | **$43,745.45** |
| **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business <br> ☐ Other | **$161,237.00** |
| **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business <br> ☐ Other | **$199,551.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:        List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **AIR HANDLERS HVAC SPECIALISTS LLC**      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **Air Side Equipment**<br>**P.O. Box 40014**<br>**Baton Rouge, LA 70835** | 2/20/23 | $14,004.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Westlake Auto Sales**<br>**1507 Sampson Street**<br>**Westlake, LA 70669** | **Service Van** | 3/1/2023 | $5,500.00 |

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Chase**<br>**P.O. Box 182051**<br>**Columbus, OH 43218-2051** | **Reflects negative balance of $3,634.75,**<br>**which is incorrect**<br>Last 4 digits of account number: _____ | | $0.00 |

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Vox Funding, LLC**<br>**vs.**<br>**Air Handlers HVAC**<br>**Specialists LLC and Jonathan**<br>**Glenn Stantos-Sigler** | | **Supreme Court of the State**<br>**of New York**<br>**Kings County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

23-20234 - #1   File 05/30/23   Enter 05/30/23 15:06:37   Main Document   Pg 24 of 39

Debtor  **AIR HANDLERS HVAC SPECIALISTS LLC** _____  Case number *(if known)* _____

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

| Part 5: | Certain Losses |
|---------|----------------|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Ronald J. Bertrand<br>714 Kirby Street<br>Lake Charles, LA 70601 | $2,500.00 fees and $338.00 costs | | $2,838.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>Debtor | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------------------------|-----------------------------------|---------------------------|-----------------------|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

Debtor  **AIR HANDLERS HVAC SPECIALISTS LLC**

Case number *(if known)*

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:  Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **612 W. Brimstone** **Sulphur, LA 70663** | **February 2020 to July 2020** |
| 14.2. | **2412 Maplewood Drive** **Sulphur, LA 70663** | **July 2020 to March 2023** |

---

**Part 8:  Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:  Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    **AIR HANDLERS HVAC SPECIALISTS LLC** _____    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase Bank**<br>**915 Beglis Parkway**<br>**Sulphur, LA 70663** | **XXXX-2170** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **City Storage**<br>**3737 Old Hwy 27 South**<br>**Lake Charles, LA 70605** | **Kaleb Santos**<br>**2515 German Road**<br>**Westake, LA 70668**<br><br>**Jonathan Santos-Sigler**<br>**141 W. Salisbury**<br>**Salisbury, NH 03268** | **Inventory, materials, office furnishing and equipment, and all business assets other than vehicle and ladders held at another location.** | ☐ No<br>■ Yes |
| **Tammy and Albert Breaux**<br>**424 Darbonne Street**<br>**Sulphur, LA 70663** | **Tammy Breaux**<br>**Albert Breaux** | **Van, turck and ladders** | ☐ No<br>■ Yes |

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor  **AIR HANDLERS HVAC SPECIALISTS LLC** _____     Case number *(if known)* _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.  **Anna Bruner**<br>**AG Bruner, Inc**<br>**2904 Maplewood Drive**<br>**Sulphur, LA 70663** | **2019 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

Debtor    **AIR HANDLERS HVAC SPECIALISTS LLC**      Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Anna Bruner**<br>**AG Bruner, Inc**<br>**2904 Maplewood Drive, Suite A**<br>**LA 70603** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.   **Kaleb Santos** | **March 2023** | **See schedules filed herein** |

| Name and address of the person who has possession of inventory records |
|---|
| **Kaleb Santos**<br>**1103 Texas Street**<br>**Sulphur, LA 70663** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jonathan Santos-Sigler** | **141 W. Salsibury Road**<br>**Salisbury, NH 03268** | **Member** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kaleb Santos** | **1103 Texas Street**<br>**Sulphur, LA 70663** | **Member** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor  AIR HANDLERS HVAC SPECIALISTS LLC

Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jonathan Santos-Sigler<br>141 W. Salisbury Road<br>Salisbury, NH 03268 | 2021 Compensation $12,394.00<br>2022 Compensation $12,612.00<br>2023 Compensation $6,659.00 | | Compensation |
| | Relationship to debtor<br>Member | | | |
| 30.2. | Kaleb Santos<br>2515 German Road<br>Westlake, LA 70669 | 2021 Compensation $12,394.00<br>2022 Compensation $12,612.00<br>2023 Compensation $6,559.00 | | Compensation |
| | Relationship to debtor<br>Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 30, 2023**

**/s/ Kaleb Santos**                                          **Kaleb Santos**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager/Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Louisiana

In re   **AIR HANDLERS HVAC SPECIALISTS LLC**                           Case No.
                                          Debtor(s)                     Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ........................................   $   **2,500.00**

     Prior to the filing of this statement I have received .........................   $   **1,512.00**

     Balance Due ................................................................................   $   **988.00**

2.   The source of the compensation paid to me was:

     ☐ Debtor      ■ Other (specify):   **Tammy Breaux Mother of principals of LLC**

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
         522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**May 30, 2023**                              **/s/ Ronald J. Bertrand**
*Date*                                        **Ronald J. Bertrand**
                                              *Signature of Attorney*
                                              **Ronald J. Bertrand**
                                              **714 Kirby Street**
                                              **Lake Charles, LA 70601**
                                              **337-436-2541  Fax: 337-436-7591**
                                              **rjblawoffice@aol.com**
                                              *Name of law firm*

Air-Side
P.O. Box 628
Plaquemine, LA 70765


Airside Equipment
P.O. Box 40014
Baton Rouge, LA 70835-0014


Big Think
225 Broadhollow RD
Melville, NY 11747


Big Think
250 W. 34th St.
New York, NY 10019


Butcher Distributors
3923 US 90
Lake Charles, LA 70615


Butcher Distributors
101 Boyce Street
Broussard, LA 70518


Chase
P.O. Box 182051
Columbus, OH 43218-2051


Chase Bank
915 Beglis Parkway
Sulphur, LA 70663


Doucet Metal
900 2nd Avenue
Lake Charles, LA 70601

Dunhill Development
4801 Woodway Drive
Ste 425W
Houston, TX 77056


Dunhill Development
3125 Gestner Blvd
Lake Charles, LA 70601


Dunhill Development
4801 Woodway Drive
Houston, TX 77056


Garden City Construction
7219 Johnson Street
Lafayette, LA 70503


Grainger
2502 Cities Service Hwy
Sulphur, LA 70663


Headway Capital
175 Jackson Blvd #1000
Chicago, IL 60604


Headway Capital
175 W. Jackson
Chicago, IL 60604


Internal Revenue Service
Office of General Counsel
P.O. Box 30509
New Orleans, LA 70190


IRS
PO Box 7346
Philadelphia, PA 19101-0734

Jason Nazworth
2412 Maplewood Drive
Sulphur, LA 70663


Jonathan Santos-Sigler
141 W. Salisbury Rd
Salisbury, NH 03268


Kaleb Santos
1103 Texas Street
Sulphur, LA 70663


Louisiana Depratment of Revenue
P. O. Box 201
Baton Rouge, LA 70821-0201


Nance Sheet Metal
1520 South Street
Beaumont, TX 77701


Nance Sheet Metal
2915 Milam
Beaumont, TX 77701


Nunez A/C Supply
85 Center Circle
Sulphur, LA 70663


Sheriff of Calcasieu Parish
5400 E. Broad St.
Lake Charles, LA 70601


Solar Supply
317 E. LaGrange Street
Lake Charles, LA 70605

Solar Supply
P.O. Drawer 3030
Lake Charles, LA 70602


State of Louisiana
P.O. Box 66658
Baton Rouge, LA 70896


State of Louisiana
Dept. of Revenue
P.O. Box 3445
Lafayette, LA 70502-3445


Superfast Capital, Inc
320 West 13th Street
New York, NY 10014


Thomas Supply
625 15th Street
Lake Charles, LA 70601


Town Planner
418 Little Guy Lane
New Iberia, LA 70563


Trane
2412 Maplewood Drive Suite 5
Sulphur, LA 70663


Trane Commercial
P.O. Box 845053
Dallas, TX 75284-5053


United Rental
3301 Cities Service Hwy
Westlake, LA 70669

United Rentals
3015 Business Drive
Sulphur, LA 70665


VOX Funding
100 Park Ave
New York, NY 10017


VOX Funding
100 E. Penn Square
Philadelphia, PA 19107


VOX Funding
1395 Brickell Ave, Suite 800
Miami, FL 33131


Vox Funding
14 E 44th St, 4th Floor
New York, NY 10017


Vox Funding, LLC
Derek Medolla
1407 Broadway 29th Floor
New York, NY 10018


Waste Management
800 Capital Street
Houston, TX 77002


Waste Management
P.O. Box
Phoenix, AZ 85080


Westlake Auto Sales
1507 Sampson Street
Westlake, LA 70669

```
WM Corporate Services, Inc
P.O. Box 55558
Boston, MA 02205-5558
```

# United States Bankruptcy Court
## Western District of Louisiana

In re   **AIR HANDLERS HVAC SPECIALISTS LLC**       Case No. _____

                                              Debtor(s)         Chapter    **7**  _____

## VERIFICATION OF CREDITOR MATRIX

I, the Manager/Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 30, 2023**                   **/s/ Kaleb Santos**

                                        **Kaleb Santos**/**Manager/Member**
                                        Signer/Title

# United States Bankruptcy Court
## Western District of Louisiana

In re   **AIR HANDLERS HVAC SPECIALISTS LLC**       Case No. _____

                                Debtor(s)       Chapter    **7** _____

## DECLARATION RE: ELECTRONIC FILING OF PETITION, SCHEDULES, & STATEMENTS and STATEMENT OF SOCIAL SECURITY NUMBER(S)

### PART I - DECLARATION OF PETITIONER(S)

I [We] _____ **Kaleb Santos** _____ and _____, the undersigned debtor(s), ***hereby declare under penalty of perjury*** that the information I have given my attorney and the information provided in the electronically filed petition, statements, and schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk no later than forty-eight (48) hours following the date the petition was electronically filed, and all schedules and statements are to be filed no later than fourteen (14) days following the date the petition was electronically filed. I understand that the original of this DECLARATION RE: ELECTRONIC FILING OF PETITION, SCHEDULES & STATEMENTS will be maintained by the Clerk of Court. I further understand that failure to file the signed original of the DECLARATION will cause my case to be dismissed pursuant to F.R.B.P. without further notice.

☐ [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in this petition.

■ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated:   **May 30, 2023** _____    Signed:   **/s/ Kaleb Santos** _____

                                           **Kaleb Santos/Manager/Member**

                                         Applicant

### PART II - DECLARATION OF ATTORNEY

I ***declare under penalty of perjury*** that I have reviewed the above debtor's petition and that the information is complete and correct to the best of my knowledge. The debtor(s) will have signed this form before I submit the petition, schedules, and statements. I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court. I further declare that I have examined the above debtor's petition, schedules, and statements and, to the best of my knowledge and belief, they are true, correct, and complete. If an individual, I declare that I have informed the petitioner that [he, she or they] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. This declaration is based on all information of which I have knowledge.

Dated:   **May 30, 2023**

                               Signed: _____

                                         **Ronald J. Bertrand**

                                         Attorney for Debtor(s)

### PART III - STATEMENT OF SOCIAL SECURITY NUMBER(S) - RULE 1007(f)

1. Name of Debtor (Last, First, Middle): **, ,**
*(Check the appropriate box and, if applicable, provide the required information.)*

■ Debtor has a Social Security Number and it is: **84-2470191**
                         *(If more than one, state all.)*

☐ Debtor does not have a Social Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is ___
                         *(If more than one, state all.)*

☐ Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

2. Name of Joint Debtor (Last, First, Middle): _____

☐ Joint Debtor has a Social Security Number and it is: ___
                         *(If more than one, state all.)*

☐ Joint Debtor does not have a Social Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is ___

☐ Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   **May 30, 2023**        Signed: _____        _____

                                     **Kaleb Santos**

                                     Debtor                                    Joint Debtor

*Joint debtors must provide information for both spouses.
Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.       (01/06/11)

23-20234 - #1   File 05/30/23   Enter 05/30/23 15:06:37   Main Document   Pg 39 of 39